IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NICHOLAS WASHINGTON, MILES MATTHEWS,**     **PLAINTIFFS**
**JIMMY BECK, SETH CHAMBERLAIN, JEFF**
**COOLEY, LUIS FLORES, JOHN EICKMANN,**
**KENNY FULLERTON, DEVEN KEECH, MATTHEW**
**LONG, MICHAEL YOUNG, CHRISTOPHER NALL**
**and RICKEY YOUNG, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                  No. 5:22-cv-5165

**PIPELIFE JET STREAM, INC.**                **DEFENDANT**

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiffs in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com