IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NICHOLAS WASHINGTON, MILES MATTHEWS,**                    **PLAINTIFFS**
**JIMMY BECK, SETH CHAMBERLAIN, JEFF**
**COOLEY, LUIS FLORES, JOHN EICKMANN,**
**KENNY FULLERTON, DEVEN KEECH, MATTHEW**
**LONG, MICHAEL YOUNG, CHRISTOPHER NALL**
**and RICKEY YOUNG, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                                No. 5:22-cv-5165

**PIPELIFE JET STREAM, INC.**                                       **DEFENDANT**

## MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Attorney Colby Qualls, an attorney of record herein, for his Motion to Withdraw as counsel for all Plaintiffs, states as follows:

1. The undersigned has resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2. Josh Sanford and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for all Plaintiffs.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Colby Qualls withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com