IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NICHOLAS WASHINGTON, MILES MATTHEWS, JIMMY BECK, SETH CHAMBERLAIN, JEFF COOLEY, LUIS FLORES, JOHN EICKMANN, KENNY FULLERTON, DEVEN KEECH, MATTHEW LONG, MICHAEL YOUNG, CHRISTOPHER NALL and RICKEY YOUNG, Each Individually and on Behalf of All Others Similarly Situated**                **PLAINTIFFS**

vs.                           No. 5:22-cv-5165

**PIPELIFE JET STREAM, INC.**                           **DEFENDANT**

### NOTICE OF APPEARANCE—SAMUEL BROWN

Attorney Samuel Brown of Sanford Law Firm, PLLC, does hereby enter his appearance on behalf of Plaintiffs. Mr. Brown certifies that he is a member in good standing of the Bar of the Western District of Arkansas and is a registered CM/ECF filer. Mr. Brown will serve as counsel along with Plaintiffs' other attorneys.

Respectfully submitted,

**ATTORNEY SAMUEL BROWN**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com