IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


NICHOLAS WASHINGTON, et al.                                    PLAINTIFFS

VS.                            CASE NO. 5:22-CV-5165

PIPELIFE JET STREAM, INC.                                      DEFENDANT


**<u>ORDER OF DISMISSAL OF SEPARATE PLAINTIFFS</u>**

The parties reached a settlement of this matter and subsequently advised the Court of difficulties effectuating and finalizing the settlement with certain plaintiffs.  On August 21, 2023, the Court scheduled a Show Cause Hearing for Friday, September 8, 2023, directing counsel to notify all individuals who had filed Class Elections in this matter, and who were bound by the settlement agreement, but had not yet signed a settlement agreement, that they must attend the Court's virtual hearing. The Hearing was conducted as scheduled via Zoom, and only two plaintiffs, Vinny J. Godino (Class Election, ECF No. 40) and Alexander G. Miller (Class Election, ECF No. 38) failed to appear or respond or sign the settlement agreement.  Counsel for Plaintiffs explained the efforts made to contact these two Plaintiffs, and the Court found the efforts sufficient.  Neither Vinny J. Godino or Alexander G. Miller has had recent communications with their counsel and neither has signed a settlement agreement.

For reasons stated at the hearing, the Court hereby **ORDERS** that the claims of Plaintiff **Vinny J. Godino** and Plaintiff **Alexander G. Miller** should be, and they hereby are, **DISMISSED WITH PREJUDICE,** and **FURTHER ORDERS** that the portions of the parties' negotiated

settlement sum that were attributable to Plaintiff Vinny J. Godino ($100) and Plaintiff Alexander G.

Miller ($100) be relinquished to and retained by Defendant.

      **IT IS SO ORDERED** this 11th day of September 2023.


                      *Christy Comstock*
                      CHRISTY COMSTOCK
                      UNITED STATES MAGISTRATE JUDGE